# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143588(23)

JUSTIN SCOTT STAIR,
            Plaintiff-Appellant,

v                                                              SC: 143588
                                                               COA: 302119
13TH CIRCUIT COURT CLERK, 13TH CIRCUIT
COURT ADMINISTRATOR, and 13TH CIRCUIT
COURT JUDGE,
            Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's December 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                                    _____
d0514                                                              Clerk